# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08-1256 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES J. BOYD *et al.,* | |
| Defendants. | |

_____

This matter is before the Court upon the Rule 41(a)(1) Notice of Dismissal filed by Defendants R.A. Randall and John Ditzler on January 27, 2010 [Docket No. 54].

**IT IS HEREBY ORDERED** Defendants R.A. Randall and John Ditzler's actions as to all counterclaims and cross-claims asserted by R.A. Randall and John Ditzler are hereby dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1), without prejudice, as to Defendants James J. Boyd and Sharon D. Moeri.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: January 29, 2010
at Minneapolis, Minnesota.
　　　　　　　　　　　　　　　　　　　　　　　s/ John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge