# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08-1256 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES J. BOYD, et al., | |
| Defendants. | |

_____

This matter is before the Court upon the stipulation of dismissal filed by the parties on April 16, 2010 [Docket No. 69].

**IT IS HEREBY ORDERED** that Plaintiff's claims are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1) with prejudice, as to Defendant Associated Bank, N.A.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: April 16, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                             United States District Judge