# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>v.<br>JAMES J. BOYD et al.,<br>           Defendants. | **COURT MINUTES**<br>Case Number: 08-1256 (JRT/FLN)<br><br>Date:                May 28, 2010<br>Court Reporter:      Kristine Mousseau<br>Time Commenced:      9:30 am<br>Time Concluded:      3:55 pm<br>Time in Court:       5 Hours & 45 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff: Michael Pahl
   For Defendant James Boyd:   pro se
   For Defendant Sharon Moeri: Lee Bernet

PROCEEDINGS:
- ☒ Motion in Limine by James Boyd [Docket No. 77] **- DENIED**
- ☒ Motion to Strike Witness by USA [Docket No. 80]- **DENIED**

- ☒ **BENCH Trial - Began**.
- ☒ **BENCH Trial - Ended**
- ☒ Opening statements.


- ☒ Plaintiff's witnesses: Deborah Olson, James Boyd, Sharon Moeri
- ☒ Defendant Boyd's witnesses: James Boyd, Thomas Kelly
- ☒ Defendant Moeri's witness: Sharon Moeri

- ☒ Proposed Findings of Fact, Conclusion of Law will be submitted by parties 2 weeks from today.  Responses are due 3 days after that.

IT IS ORDERED:
- ☒ Written order forthcoming.

CLERK'S USE ONLY:
- ☒ Number of trial days with evidence - 1.

     s/Holly McLelland   <br>Signature of Calendar Clerk