# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08-1256 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES J. BOYD and SHARON D. MOERI, | |
| Defendants. | |

Michael R. Pahl, **U.S. DEPARTMENT OF JUSTICE**, Post Office Box 7238, Ben Franklin Station, Washington, DC 20044, for plaintiff.

James J. Boyd, 809 Hazel Court, Mendota Heights, MN 55120, defendant *pro se*.

Lee A. Bernet, **LEE A. BERNET & ASSOCIATES**, 2334 University Avenue, Suite 190, Saint Paul, MN 55114, for defendant Sharon Moeri.

This matter is before the Court on the plaintiff's motion for entry of money judgment [Docket No. 93]. **IT IS HEREBY ORDERED** that the defendants shall have until October 29, 2010 to respond to the motion.

DATED: October 8, 2010            ____s/ John R. Tunheim____
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                                       United States District Judge